```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 44280
   MICHAEL L WILSON
   PEGGY A WILSON                                CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-0837    SSN XXX-XX-4549

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/05/05 and confirmed on 02/02/06.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $  16623.51 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEW CENTURY | CURRENT MORTG | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 26000.00 | 5009.92 | 6986.75 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 2702.67 | 1008.99 | 2702.67 |
| LAMPHERES FURNITURE | SECURED | 500.00 | 97.83 | 133.44 |
| CAPITAL ONE BANK | UNSECURED | 621.20 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 3717.00 | .00 | .00 |
| CREDIT ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 478.99 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 270.57 | .00 | .00 |
| H & R ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| AISHLING OBSTETRICS & GY | UNSECURED | 172.29 | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY WEST HOSPITAL | FILED LATE | .00 | .00 | .00 |
| PLAINS COMMERCE BK | UNSECURED | 497.73 | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| RUSSELL AGENCY | UNSECURED | 984.00 | .00 | .00 |
| TRI STATE ADJUSTMENTS | UNSECURED | 218.00 | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |

```
DAIMLER CHRYSLER FINANCI  UNSECURED     13693.52            .00           .00
DAIMLER CHRYSLER FINANCI  UNSECURED          .00            .00           .00
LAMPHERES FURNITURE       UNSECURED      2276.31            .00           .00
PREMIER BANKCARD/CHARTER  UNSECURED       277.19            .00           .00
PREMIER BANKCARD/CHARTER  UNSECURED       262.67            .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  29202.67        .00     23469.47          .00      52672.14
PRINCIPAL PAID       9822.86        .00          .00          .00       9822.86
INTEREST PAID        6116.74        .00          .00          .00       6116.74
TOTAL PAID          15939.60        .00          .00          .00      15939.60
```

The Debtor's attorney, GARY L SHILTS                  , was allowed $       .00
and was paid $       .00 .

The Trustee received $    683.91 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 07/21/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 05 B 44280 MICHAEL L WILSON & PEGGY A WILSON